JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL CARUSO, individually,<br><br>   Plaintiff,<br><br>   v.<br><br>BOKAI INVESTMENT GROUP, LP,<br><br>   Defendant.<br>_____ | Case No. CV 15-01624 DDP (JPRx)<br><br>**ORDER REMOVING CASE FROM ACTIVE CASELOAD** |

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. The SCHEDULING CONFERENCE set for November 2, 2015 is vacated by the Court. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October 30, 2015

DEAN D. PREGERSON
United States District Judge